UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.   21-CR-10176-PBS |
| | ) | |
| DANIEL WHITMAN | ) | |

<u>ASSENTED TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE</u>

    Defendant, through counsel, respectfully moves this court to modify the conditions of Mr. Whitman's pretrial release to allow him to travel to Nashville, TN for recreational purposes. He would like to go there from November 17-20 and will provide the details of his itinerary to his Pretrial Services officer.

    As grounds for this motion, counsel states that Mr. Whitman is in compliance with all of his conditions of release and the United States Probation Department has no objection to this request.

    The Office of the United States Attorney has been notified of this request and the government has no objections.

                                                                        Respectfully submitted,
                                                                        DANIEL WHITMAN
                                                                        By his Attorney,

                                                                     <u>*/s/ Oscar Cruz, Jr.*</u>
                                                                        Oscar Cruz, Jr.
                                                                        B.B.O. # 630813
                                                                       Assistant Federal Public Defender
                                                                       Federal Public Defender Office
                                                                       51 Sleeper Street, 5th Floor
                                                                       Boston, MA  02210
                                                                       Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 4, 2022.

                                              */s/ Oscar Cruz, Jr.*
                                              Oscar Cruz, Jr.