UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO.  21-CR-10176-PBS |
| ) | |
| DANIEL WHITMAN ) | |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, through counsel, respectfully moves this court to modify the conditions of Mr. Whitman's pretrial release to allow him to travel to New York, NY to celebrate his wedding anniversary. He would like to travel by car with his wife from December 8, 2022, returning on December 11, 2022 and will provide the details of his itinerary to his Pretrial Services officer.

As grounds for this motion, counsel states that Mr. Whitman is in compliance with all of his conditions of release and the United States Probation Department has no objection to this request.

The Office of the United States Attorney has been notified of this request and the government has no objections.

Respectfully submitted,
DANIEL WHITMAN
By his Attorney,

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.
 B.B.O. # 630813
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

[handwritten in left margin: 12/8/22  allowed  Patti B Saris]